UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>               Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>               Defendant. | CASE NO. 1:15-cv-01922-WTL-DML |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiff Beth Lavallee, by counsel, pursuant to the parties' Case Management Plan [Dkt. 13], submits the following preliminary lists:

    **I.    PRELIMINARY WITNESS LIST**

        1. Beth Lavallee;

        2. Don Nell, SenditCerified;

        3. William M. Cain, Med-1 Solutions, LLC;

        4. Chris Hartmann, RevOne Companies

        5. Trial representative(s) for Defendant;

        6. Any witness from Defendant's witness list;

        7. Any witness needed for impeachment or rebuttal.

    **II.    EXHIBIT LIST**

        1. February 10, 2016 e-mail (and related chain) from Don Nell to William M. Cain.

        2. SenditCertified Overview Video (1 minute 37 seconds).

        3. SenditCertified How-It-Works diagram.

4. Any document the identity of which was disclosed by any party in discovery.

5. Any document produced by any party or non-party in discovery.

6. Any exhibit to any pleading in this matter.

7. Any document listed at any time on any party's exhibit list.

8. Any document used as an exhibit to any deposition taken in the case.

9. Any communication or other document transmitted at any time between Plaintiff and Defendant in this case.

Respectfully submitted,

s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

Certificate of Service

The undersigned counsel for Plaintiff hereby certifies that on May 7, 2016 I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which sent notification of the filing to all counsel of record.

s/ *Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com