UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>　　　　　Defendant. | CASE NO. 1:15-cv-01922-WTL-DML |

**DEFENDANT'S AMENDED PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant Med-1 Solutions, LLC, by counsel, pursuant to the parties' Case Management Plan [Dkt. 13], submits the following preliminary lists:

**I.   PRELIMINARY WITNESS LIST**

a.  Beth Lavallee;

b.  Don Nell, Privacy Data Systems;

c.  William M. Cain, Med-1 Solutions, LLC;

d.  David Spivey, Privacy Data Systems;

e.  Michael Jude, Med-1 Collections;

f.  Christine Kester, Med-1 Legal Department;

g.  Any witness from Plaintiff's witness list;

h.  Any witness needed for impeachment or rebuttal.

**II.   EXHIBIT LIST**

a. A copy of Med-1's computer system's print screen notes regarding Plaintiff's account, showing that the initial letter was sent to Plaintiff as required by the FDCPA, subject to redaction for attorney client privilege;

b. A sample letter representative of the letter that was sent to Plaintiff;

c. Confirmation notes or other business records from Privacy Data Systems and Sendit Certified showing that the initial letter was sent to Plaintiff;

d. Med-1's legal department manual sections addressing letters sent to debtors before filing suit, subject to redaction for proprietary information or attorney client privilege.

e. February 10, 2016 e-mail (and related chain) from Don Nell to William M. Cain.

f. Any document the identity of which was disclosed by any party in discovery.

g. Any document produced by any party or non-party in discovery.

h. Any exhibit to any pleading in this matter.

i. Any document listed at any time on any party's exhibit list.

j. Any document used as an exhibit to any deposition taken in the case.

k. Any communication or other document transmitted at any time between Plaintiff and Defendant in this case.

Respectfully Submitted,

/s/ *Richard R. Huston*
Richard R. Huston, IN Atty # 16754-49
Attorney for Defendant
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN  46142
(317) 883-5640

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant hereby certifies that on May 9, 2016, I electronically served this document on all counsel of record.

/s/ *Richard R. Huston*
Richard R. Huston, IN Atty # 16754-49
Attorney for Defendant
Med-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN  46142
(317) 883-5640