UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>          Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>          Defendant. | CASE NO. 1:15-cv-01922-DML-WTL |

**MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

Plaintiff, by counsel, hereby moves for an award of attorney fees and costs and respectfully requests that the Court set a briefing schedule on Plaintiff's motion. In support, Plaintiff states:

1. On September 29, 2017, the Court granted summary judgment in favor of Plaintiff and against Defendant. Dkt. 38.

2. The Court found that Plaintiff was entitled to an award of reasonable attorneys' fees and costs, and directed Plaintiff to file her motion for fees and costs as provided by Fed. R. Civ. P. 54(d).

3. Plaintiff hereby requests an award of reasonable attorney fees and costs.

4. Plaintiff estimates the amount of fees she will seek in this matter will be approximately Thirty-One Thousand Five Hundred Dollars ($31,500).

5. Plaintiff needs additional time to compile affidavits and prepare her brief in support of her request for attorney fees.

6. Plaintiff proposes the following briefing schedule pursuant to Local Rule 7-1(c)(2):

- Plaintiff's brief due October 30, 2017;

- Defendant's brief in response due November 13, 2017;

- Plaintiff's reply brief due November 20, 2017.

Plaintiff respectfully requests an award of reasonable attorney fees in this matter. Plaintiff further requests that the Court set a briefing schedule for the parties to brief Plaintiff's motion.

Respectfully submitted,

*s/ Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

Certificate of Service

The undersigned counsel for Plaintiff hereby certifies that on September 30, 2017 I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which sent notification of the filing to all counsel of record.

*s/ Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw