UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>Defendant. | CASE NO. 1:15-cv-01922-DML-WTL |

I, Beth Lavallee, for my Affidavit, state as follows:

1. My name is Beth Lavallee, and I am at least 18 years of age and competent to make this affidavit.

2. I am the plaintiff in this matter.

3. At the outset of this matter, I entered into a representation agreement with my attorney, Robert E. Duff.

4. I agreed that if I at any time terminated Mr. Duff's services that I would pay Mr. Duff for his time expended in the case at the rate of $350 per hour.

5. I believed at that time (and even more so now) that $350 was a reasonable hourly rate for an attorney with Mr. Duff's knowledge of the Fair Debt Collection Practices Act.

I, Beth Lavallee, under penalty of perjury, do hereby affirm that the foregoing representations are true and correct to the best of my knowledge and belief.

*Beth Lavallee*
Beth Lavallee

# Exhibit 7