UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>                    Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>                    Defendant. | CASE NO. 1:15-cv-01922-DML-WTL |

## SUPPLEMENTAL AFFIDAVIT OF ROBERT E. DUFF

I, Robert E. Duff, for my Affidavit, state as follows:

1.  My name is Robert E. Duff, and I am at least 18 years of age and competent to

    make this affidavit.

2.  A search of cases filed from January 1, 2014 to December 27, 2017 in

    Lawrence Township Small Claims Court shows that Francis Niper is the

    attorney of record for Med-1 Solutions, LLC in 3,782 cases. *See*

    https://public.courts.in.gov/mycase/#/vw/SearchResults/eyJ2Ijp7Ik1vZGUiOi

    JCeUF0dG9ybmV5IiwiQ2FzZU51bSI6bnVsbCwiQ2l0ZU51bSI6bnVsbCwi

    Q3Jvc3NSZWZOdW0iOm51bGwsIkZpcnN0IjoiZnJhbmNpcyIsIk1pZGRsZS

    I6bnVsbCwiTGFzdCI6Im5pcGVyIiwiQnVzaW5lc3MiOm51bGwsIkRvIN0

    YXJ0IjpudWxsLCJEb0JFbmQiOm51bGwsIk9BTnVtIjpudWxsLCJCYXJOd

    W0iOm51bGwsIlNvdW5kRXgiOmZhbHNlLCJDb3VydEl0ZW1JRCI6MTU

    xLCJDYXRlZ29yeWVzIjpudWxsLCJMaW1pdHMiOm51bGwsIkFkmFuY2

    VkIjp0cnVlLCJBY3RpdmGbGFuIjoiQWxsIiwiRmlsZVN0YXJ0IjoiMDEv

<big>Exhibit A</big>

MDEvMjAxNCIsIkZpbGVmbmQiOiIxMi8yNy8yMDE3IiwiQ291bnR5Q29k

ZSI6bnVsbH19.

3. A random sampling of those cases showed that, in every case in which an Affidavit and Motion for Attorney Fees was required (e.g., default judgment or trial), Attorney Niper submitted an affidavit seeking attorney fees at the rate of $375/hr. and relying on the United States Consumer Law Attorney Fee Survey Report.

4. Affidavits from Attorney Niper from some of those cases that were randomly sampled are attached here as Exhibit 1. I obtained the copies of those affidavits from the court files.

5. I obtained the copy of the affidavit of Courtney Gaber that is attached hereto as Exhibit 2 from the court's file in Cause No. 49K03-1401-SC-000195.

6. I obtained the copy of the affidavit of Christina Hanna that is attached hereto as Exhibit 3 from the court's file in Cause No. 49K03-1603-SC-001467.

I, Robert E. Duff, under penalty of perjury, do hereby affirm that the foregoing representations are true and correct to the best of my knowledge and belief.

s/ *Robert E. Duff*
Robert E. Duff

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA    )
                           ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031401SC28

Med-1 Solutions, LLC             AGAINST
As Agent for Collection for Community Hospitals
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**KRISTEN MARIE BAUER**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

    b) Signing initial demand letter. (.1 hours)

    c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

    d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

    e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

    f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

Francis R. Niper

Witness my hand and Notarial Seal this 4th day of February 2014 .

Notary Public
Lisa L. Norris
My Commission Expires: July 16, 2017
County of Residence:    Maron

LISA L. NORRIS
Marion County
My Commission Expires
July 16, 2017

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Exhibit 1

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )
                       ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031401SC32

Med-1 Solutions, LLC          **AGAINST**
As Agent for Collection for Community Hospitals
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**DAVID CHARLES BENSLAY**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff, the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

     a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)
     b) Signing initial demand letter. (.1 hours)
     c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)
     d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)
     e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)
     f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

_____
Francis R. Niper

Witness my hand and Notarial Seal this ___4th___ day of __February__, 2014.

_____
Notary Public
Lisa L. Norris
My Commission Expires: July 16, 2017
County of Residence:   Maron

LISA L. NORRIS
Marion County
My Commission Expires
July 16, 2017
NOTARY SEAL

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE TWP SMALL CLAIMS CT |
| | ) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION | ) | |

CAUSE NO. 49K031401SC198

Med-1 Solutions, LLC                AGAINST
As Agent for Collection for Community Hospitals
517 US Highway 31 N
Greenwood, IN  46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**CYNTHIA MOORE**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

    b) Signing initial demand letter. (.1 hours)

    c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

    d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

    e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

    f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action.  The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

_____
Francis R. Niper

Witness my hand and Notarial Seal this 18th day of February, 2014 .

_____
Notary Public
Lisa L. Norris
My Commission Expires:  July 16, 2017
County of Residence:     Maron

LISA L. NORRIS
Marion County
My Commission Expires
July 16, 2017

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031312SC7780

Med-1 Solutions, LLC        AGAINST
As Agent for Collection for Community Hospitals
517 US Highway 31 N
Greenwood, IN  46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**DONALD R COOPER**
*Defendant*

### AFFIDAVIT OF ATTORNEY

      Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff, the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

      a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)
      b) Signing initial demand letter. (.1 hours)
      c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)
      d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)
      e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)
      f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

                           Francis R. Niper

Witness my hand and Notarial Seal this ___ day of _____,2014 .

Notary Public
Lisa L. Norris
My Commission Expires:  July 16, 2017
County of Residence:  Maron

LISA L. NORRIS
Marion County
My Commission Expires
July 16, 2017

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA     )
                           ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031410SC6300

Med-1 Solutions, LLC            AGAINST
As Agent for Collection for Community Health Network
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**CHRISTIAN R CLARDY**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

     a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

     b) Signing initial demand letter. (.1 hours)

     c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

     d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

     e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

     f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

Francis R. Niper

Witness my hand and Notarial Seal this ___2___ day of __Dec__, 201_4_.

Notary Public
Carla J. Stipcak
My Commission Expires: October 31, 2021
County of Residence:     Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE TWP SMALL CLAIMS CT |
| | ) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION | ) | |

CAUSE NO. 49K031410SC6305

Med-1 Solutions, LLC                    AGAINST         **LAQUITA DAVIS**
As Agent for Collection for Community Health Network      *Defendant*
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

    b) Signing initial demand letter. (.1 hours)

    c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

    d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

    e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

    f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

_____
Francis R. Niper

Witness my hand and Notarial Seal this ⟨2⟩ day of DEC , 2014.

_____
Notary Public
Carla J. Stipcak
My Commission Expires: October 31, 2021
County of Residence:        Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE  TWP SMALL CLAIMS CT |
| | ) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION | ) | |

CAUSE NO. 49K031410SC6301

Med-1 Solutions, LLC                    AGAINST
As Agent for Collection for Community Health Network
517 US Highway 31 N
Greenwood, IN  46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**TIONNA R DILLON**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

    b) Signing initial demand letter. (.1 hours)

    c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

    d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

    e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

    f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

_____
Francis R. Niper

Witness my hand and Notarial Seal this   2  day of DEC , 2014 .

_____
Notary Public
Carla J. Stipcak
My Commission Expires:  October 31, 2021
County of Residence:     Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE TWP SMALL CLAIMS CT |
| | ) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION | ) | |

CAUSE NO. 49K031410SC6304

Med-1 Solutions, LLC                      AGAINST          **JENNIFER MASSENGALE**
As Agent for Collection for Community Health Network          *Defendant*
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)
    b) Signing initial demand letter. (.1 hours)
    c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)
    d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)
    e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)
    f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1 hour in this action. The time expended was reasonable and necessary to prosecute this action.  The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

Francis R. Niper

Witness my hand and Notarial Seal this __2__ day of __Dec__, 201__4__.

Notary Public
Carla J. Stipcak
My Commission Expires:  October 31, 2021
County of Residence:      Morgan

> CARLA J. STIPCAK
> Morgan County
> My Commission Expires
> October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )

                           ) SS:

COUNTY OF MARION     )

IN THE LAWRENCE  TWP SMALL CLAIMS CT

SMALL CLAIMS DOCKET

CAUSE NO. 49K031410SC6303

Med-1 Solutions, LLC         AGAINST

As Agent for Collection for Community Health Network

517 US Highway 31 N

Greenwood, IN  46142

(317) 883-5640

*Francis R. Niper, Attorney for Plaintiff*

Plaintiff

**ANTHONETT KESHI JONES**

*Defendant*

### AFFIDAVIT OF ATTORNEY

      Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

      a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

      b) Signing initial demand letter. (.1 hours)

      c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

      d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

      e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

      f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action.  The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

                                                         Francis R. Niper

Witness my hand and Notarial Seal this  2  day of  Dec , 2014.

Notary Public

Carla J. Stipcak

My Commission Expires:  October 31, 2021

County of Residence:     Morgan

CARLA J. STIPCAK

Morgan County

My Commission Expires

October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )
                      ) SS:
COUNTY OF MARION      )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031503SC1651

Med-1 Solutions, LLC                    **AGAINST**
As Agent for Collection for Community Health Network
517 US Highway 31 N
Greenwood, IN  46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**SHAWN L HENLEY**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

   b) Signing initial demand letter. (.1 hours)

   c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

   d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

   e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

   f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action.  The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

_____
Francis R. Niper

Witness my hand and Notarial Seal on 04/21/15.

_____
Notary Public
Carla J. Stipcak
My Commission Expires:  October 31, 2021
County of Residence:      Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )                  IN THE LAWRENCE TWP SMALL CLAIMS CT
                      ) SS:                      SMALL CLAIMS DOCKET
COUNTY OF MARION     )

                                  CAUSE NO. 49K031503SC1653

Med-1 Solutions, LLC             AGAINST       **DARRIN R ROY**
As Agent for Collection for Community Health Network       *Defendant*
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

### AFFIDAVIT OF ATTORNEY

      Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

      a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

      b) Signing initial demand letter. (.1 hours)

      c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

      d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

      e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

      f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

                             Francis R. Niper

      Witness my hand and Notarial Seal on 04/21/15.

Notary Public,
Carla J. Stipcak
My Commission Expires: October 31, 2021
County of Residence: Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031503SC1654

Med-1 Solutions, LLC          AGAINST
As Agent for Collection for Community Health Network
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

**KAMRYN R THURMAN**
*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

   b) Signing initial demand letter. (.1 hours)

   c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

   d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

   e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

   f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

Francis R. Niper

Witness my hand and Notarial Seal on 04/21/15.

Notary Public
Carla J. Stipcak
My Commission Expires: October 31, 2021
County of Residence: Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAWRENCE TWP SMALL CLAIMS CT |
| | ) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION | ) | |

CAUSE NO. 49K031503SC1654

Med-1 Solutions, LLC                    AGAINST          **KAMRYN R THURMAN**
As Agent for Collection for Community Health Network          *Defendant*
517 US Highway 31 N
Greenwood, IN  46142
(317) 883-5640
*Francis R. Niper, Attorney for Plaintiff*
Plaintiff

## AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff , the following attorney services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)

   b) Signing initial demand letter. (.1 hours)

   c)Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)

   d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)

   e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)

   f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1hour in this action. The time expended was reasonable and necessary to prosecute this action.  The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

Francis R. Niper

Witness my hand and Notarial Seal on 04/21/15.

Notary Public
Carla J. Stipcak
My Commission Expires:  October 31, 2021
County of Residence:        Morgan

CARLA J. STIPCAK
Morgan County
y Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )              IN THE LAWRENCE TOWNSHIP COURT
                        ) SS:                               SMALL CLAIMS DOCKET
COUNTY OF MARION     )

CAUSE NO. 49K031601SC280

Med-1 Solutions, LLC            AGAINST       **PORTIA ARNETTA HARRIS**
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*                    *Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

     a) Initial review of client file, loading account into collection software, review of client notes in     preparation for demand letter, reviewed and signed demand letter. (.1 hours)

     b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

     c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case/citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies. Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

     d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system. Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy. Confirmed that a search was performed on the SCRA website for military status. Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

     e) Trial preparation: Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet. Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.2 hours)

     f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries. Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes. Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.1 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour. A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $412.50.

Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 03/08/16.

Carla J. Stipcak, Notary Public
My Commission Expires: October 31, 2021
County of Residence:     Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA    )
                      ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TOWNSHIP COURT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031610SC06180

Med-1 Solutions, LLC                AGAINST
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*

**ANGIE MCCLURE**

*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading account into collection software, review of client notes in    preparation for demand letter, reviewed and signed demand letter. (.1 hours)

    b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

    c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case/citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies. Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

    d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system. Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy. Confirmed that a search was performed on the SCRA website for military status. Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

    e) Trial preparation: Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet. Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.3 hours)

    f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries. Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes. Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.2 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour. A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $450.00.

Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 12/06/16.

Christine Kester, Notary Public
My Commission Expires:  March 24, 2023
County of Residence:    Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA        )
                        ) SS:
COUNTY OF MARION        )

IN THE LAWRENCE TOWNSHIP COURT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031611SC06558

Med-1 Solutions, LLC                    AGAINST
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*

**VALENCIA A LONG**

*Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading account into collection software, review of client notes in    preparation for demand letter, reviewed and signed demand letter. (.1 hours)

   b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

   c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case/citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies. Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

   d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system. Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy. Confirmed that a search was performed on the SCRA website for military status. Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

   e) Trial preparation: Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet. Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.2 hours)

   f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries. Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes. Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.1 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour. A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $412.50.

Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 05/24/17.

Christine Kester, Notary Public
My Commission Expires:  March 24, 2023
County of Residence:    Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA        )
                        ) SS:
COUNTY OF MARION        )

IN THE LAWRENCE TOWNSHIP COURT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031707SC4274

Med-1 Solutions, LLC               AGAINST
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*

**DENIKA L GRIFFIN**

*Defendant*

## AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading account into collection software, review of client notes in    preparation for demand letter, reviewed and signed demand letter. (.1 hours)

   b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

   c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies.  Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

   d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system.  Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy.  Confirmed that a search was performed on the SCRA website for military status.  Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

   e) Trial preparation:  Supervised preparation and performed review of Judgment Order, Affidavits, Exhibits, and defendant data sheet.  Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.3 hours)

   f) Attend bench trial or initial hearing, signed affidavits and Judgment Order, filed Judgment Order and affidavits and, if needed, prepared minutes and/or chronological case summaries.  Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes.  Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.2 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour.  A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $450.00.

Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 08/29/17.

Christine Kester, Notary Public
My Commission Expires:  March 24, 2023
County of Residence:      Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

| | |
|---|---|
| STATE OF INDIANA )<br> ) SS:<br>COUNTY OF MARION ) | IN THE LAWRENCE TOWNSHIP COURT<br>SMALL CLAIMS DOCKET<br><br>CAUSE NO. 49K031707SC4363 |

Med-1 Solutions, LLC                AGAINST        **ASHLEE A JENKINS**
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*                *Defendant*

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

   a) Initial review of client file, loading account into collection software, review of client notes in     preparation for demand letter, reviewed and signed demand letter. (.1 hours)

   b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

   c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies. Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

   d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system. Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy. Confirmed that a search was performed on the SCRA website for military status. Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

   e) Trial preparation: Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet. Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.3 hours)

   f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries. Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes. Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.2 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour. A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $450.00.

_____
Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 08/30/17.

_____
Christine Kester, Notary Public
My Commission Expires:  March 24, 2023
County of Residence:     Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**AFFIDAVIT AND MOTION FOR ATTORNEY FEES**

| | |
|---|---|
| STATE OF INDIANA　　　　) | IN THE LAWRENCE TOWNSHIP COURT |
| 　　　　　　　　　　　　) SS: | SMALL CLAIMS DOCKET |
| COUNTY OF MARION　　　) | |

CAUSE NO. 49K031708SC4412

Med-1 Solutions, LLC　　　　　　　　AGAINST　　　　**BRITTNEY L LEFLORE**
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*　　　　　　　　*Defendant*

AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

a) Initial review of client file, loading account into collection software, review of client notes in　preparation for demand letter, reviewed and signed demand letter. (.1 hours)

b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case/citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies.　Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system. Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy.　Confirmed that a search was performed on the SCRA website for military status.　Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

e) Trial preparation:　Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet.　Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.3 hours)

f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries.　Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes.　Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.2 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour.　A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $450.00.

Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 09/06/17.

Christine Kester, Notary Public
My Commission Expires:　March 24, 2023
County of Residence:　　　Johnson

> CHRISTINE KESTER
> Johnson County
> My Commission Expires
> March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## AFFIDAVIT AND MOTION FOR ATTORNEY FEES

STATE OF INDIANA      )
                          ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TOWNSHIP COURT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031708SC4408

Med-1 Solutions, LLC          AGAINST        **ROYAL L SMITH JR**
As Agent for Collection for COMMUNITY HEALTH NETWORK
*Francis R. Niper, Attorney for Plaintiff*             *Defendant*

AFFIDAVIT OF ATTORNEY

        Before me, a Notary Public, in and for said County and State, personally appeared Francis R. Niper, who, having been duly sworn under penalties of perjury, states that the following facts and matters are true and correct:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over sixteen (16) years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This sheet is attached to the Small Claims Complaint/Notice of Claim.

3. During my representation of the Plaintiff, the following services were performed by an attorney at Med-1 Solutions, LLC:

    a) Initial review of client file, loading account into collection software, review of client notes in    preparation for demand letter, reviewed and signed demand letter. (.1 hours)

    b) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment and verifying assets. (.1 hours)

    c) Performed search on Odyssey Case Management and/or Doxpop for cases involving defendant; reviewed any prior case/citation history for employment status, address information, and procedural history including court appearances, garnishments, payment arrangements, withholding orders, and bankruptcies.   Verified that demand letter was requested, sent to the defendant, and not returned. (.2 hours)

    d) Reviewed documents to be filed for accuracy; checked totals on the complaint and affidavit of indebtedness, verified that the account balance(s) and corresponding balance sheet(s) match the dates of service and amounts listed in Med-1 Solutions' LLC system.   Searched any new account(s) and any current accounts for additional payments as well as updates on address, employment, and potential bankruptcy.   Confirmed that a search was performed on the SCRA website for military status.   Reviewed, approved, and signed Small Claims Complaint/Notice of Claim. (.2 hours)

    e) Trial preparation:   Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and defendant data sheet.   Reviewed file, documents from original creditor's system, account notes, payment history, disputes, documents and correspondence prior to initial hearing. (.3 hours)

    f) Attend bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits and, if needed, prepared minutes and/or chronological case summaries.   Made notations on court report at hearing as to the hearing outcome, and any continuances and/or disputes. Updated Med-1 Solutions', LLC collection software with outcome of hearing including, but not limited to, payment arrangements, disputes, and continuances, and updated the disposition for the next action on the case. (.3 hours)

4. A total of 1.2 hours has been expended in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hour. A rate of $375/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $450.00.

                         Francis R. Niper, Attorney no. 20292-49

Witness my hand and Notarial Seal on 09/06/17.

Christine Kester, Notary Public
My Commission Expires:  March 24, 2023
County of Residence:      Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**AFFIDAVIT AND MOTION FOR ATTORNEY FEES**

STATE OF INDIANA     )
                       ) SS:
COUNTY OF MARION    )

IN THE LAWRENCE TWP SMALL CLAIMS CT
SMALL CLAIMS DOCKET

CAUSE NO. 49K031401SC195

Med-1 Solutions, LLC           AGAINST
As Agent for Collection for Community Health Network
517 US Highway 31 N
Greenwood, IN 46142
(317) 883-5640
*Courtney Gaber, Attorney for Plaintiff*
Plaintiff

**JAMI LEE BLANTON**
*Defendant*

AFFIDAVIT OF ATTORNEY

      Before me, a Notary Public, in and for said County and State, personally appeared Courtney Gaber, who, having been duly sworn, under penalties of perjury, stated that the facts and matters are true and correct says:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over 16 years.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this amount remained unpaid. This admission sheet is attached.

3. In my representation of Plaintiff, the following attorney services were performed by an attorney at Med-1 Solutions, LLC:
      a) Initial review of client file, loading into our system, review of client notes, in preparation of signing initial demand letter. (.1 hours)
      b) Signing initial demand letter. (.1 hours)
      c) Supervised the review of Defendant's file to determine if lawsuit should be prepared, such as verifying employment, verifying assets. (.1 hours)
      d) Reviewed file documents, and reviewed, approved and signed Notice of Claim. (.2 hours)
      e) Trial preparation. Reviewed file, account notes and payment history prior to initial hearing. (.3 hours)
      f) Attended initial trial, prepared and signed affidavit, judgment order. (.2 hours)

4. I have expended 1 hour in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $375/hr. A rate of $375/hr is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011 conducted by Ronald L Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees in this action is $375.00.

                          Courtney Gaber

      Witness my hand and Notarial Seal this 10 day of June, 2014.

_____
Notary Public
Carla J. Stipcak
My Commission Expires: October 31, 2021
County of Residence:    Morgan

CARLA J. STIPCAK
Morgan County
My Commission Expires
October 31, 2021

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Exhibit 2

## AFFIDAVIT AND MOTION OF ATTORNEY FEES

STATE OF INDIANA )     MARION COUNTY SMALL CLAIMS COURT
                            )     LAWRENCE TOWNSHIP
COUNTY OF MARION )     CAUSE NO. 49K031603SC1467

MED-1 Solutions, LLC         AGAINST       SHANJAE RYNE GILBERT
As agent for collection for COMMUNITY HEALTH NETWORK
Plaintiff

### AFFIDAVIT OF ATTORNEY

Before me, a Notary Public, in and for said County and State, personally appeared Christina R. Hanna, who, having been duly sworn under penalties of perjury, states that the following facts and matters contained herein are true and correct and now states:

1. I am an attorney for the plaintiff in the above referenced action. I am licensed to practice law in the State of Indiana. I have been a collection attorney for over one (1) year.

2. Prior to receiving services, the defendant in this action signed an admission sheet agreeing to be liable for reasonable attorney fees if this account remained unpaid or settled. This admission sheet is attached to the Small Claims Notice of Claim.

3. During my representation of the plaintiff, the following services were performed by an attorney at MED-1 Solutions, LLC:

     a)Initial review of client file, loading account into collection software, review of client notes in preparation of signing demand letter, review of demand letter and signing thereof. (.2)
     b)     Supervision of the review of defendant's file to determine if the filing of a Notice of Claim is appropriate, such as verification of employment and assets. Verification of compliance with SCRA through use of online portal. (.1)
     c)Search of online resources, Odyssey Case Management or Doxpop, for cases involving defendant, review of any cases for employment status, address change, procedural history including appearances, garnishments, payment arrangements, withholding orders, or bankruptcy. Verified that demand letter was requested and not returned. (.3)
     d)     Reviewed documents to be filed for accuracy, verified the amounts listed on Notice of Claim were equal to those in MED-1 Solutions', LLC, collection software, and verified that white sheets and consent contained therein were for the date(s) of service as listed on the Notice of Claim. Checked for any additional payments or bankruptcy by Defendant. Final review and signature of Notice of Claim and Appearance. (.2)
     e)Final review of account notes, disputes, insurance documents including EOB and I/S, account documents including facesheet, correspondence, and preparing court report for the bench trial or initial hearing. (.3)
     f)Supervised preparation and performed review of Judgment/Order, Affidavits, Exhibits, and face sheet. (.1)
     g)     Attended bench trial or initial hearing, signed affidavits and Judgment/Order, filed Judgment/Order and affidavits, if needed prepared minutes or chronological case summary, made notations on court report as to outcome, continuances, or disputes. (.2)
     h)     Updated MED-1 Solutions', LLC, collection software with outcome of hearing, disputes, and continuances, updated the disposition for the next action on case. (.1)

4. A total of at least 1.5 hours has been expended by an attorney in this action. The time expended was reasonable and necessary to prosecute this action. The hourly rate being charged is $300.00/hour. A rate of $300/hour is reasonable for an attorney with comparable expertise and experience, as referenced in the United States Consumer Law Attorney Fee Survey Report 2010-2011, conducted by Ronald L. Burdge, Burdge Law Office Co. LPA. Accordingly, the total amount of attorney fees requested in this action is $450.00, which is the charge for the minimum time expended by an attorney in prosecuting this action.

Witness my hand and Notarial Seal on 04/27/16         Respectfully Submitted,

Christine Kester, Notary Public
Commission Expiration: March 24, 2023                Christina R. Hanna, Atty # 32465-49
County of Residence: Johnson

CHRISTINE KESTER
Johnson County
My Commission Expires
March 24, 2023

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

# Exhibit 3