UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE, <br><br>               Plaintiff, <br><br> v. <br><br> MED-1 SOLUTIONS, LLC, <br><br>               Defendant. | CASE NO. 1:15-cv-01922-DML-WTL |

**REQUEST TO REOPEN MOTION FOR AWARD OF ATTORNEY FEES AND COSTS AND SUPPLEMENT THERETO**

Plaintiff, by counsel, hereby requests that the Court administratively reopen and rule on Plaintiff's Motion for Award of Attorney Fees and Costs.  In support, Plaintiff states:

1. On September 29, 2017, the Court granted summary judgment in favor of Plaintiff and against Defendant.  Dkt. 38.

2. The Court found that Plaintiff was entitled to an award of reasonable attorneys' fees and costs, and directed Plaintiff to file her motion for fees and costs as provided by Fed. R. Civ. P. 54(d).  Dkt. 38, p. 12.

3. Plaintiff filed her Motion for Award of Attorney Fees and Costs on September 30, 2017.  Dkt. 40.

4. The Court set a briefing schedule and the motion was fully-briefed.  *See* Dkts. 41, 52, 57, 62.

5. Meanwhile, Defendant appealed the Court's summary judgment ruling in favor of Plaintiff.  Dkt. 43.

6.  In light of the appeal, the Court issued an order administratively closing "Ms. Lavallee's motion for attorneys' fees (at Dkt. 40) without prejudice to either party's right to reopen and supplement that motion following a decision by the Seventh Circuit."  Dkt. 63.

7.  Plaintiff prevailed on appeal when the United States Court of Appeals affirmed the Court's summary judgment ruling in favor of Plaintiff.  *See Lavallee v. Med-1 Solutions, LLC,* 932 F.3d 1049 (7th Cir. 2019).

8.  The Notice of Issuance of Mandate issued on August 30, 2019.  Dkt. 64.

9.  Plaintiff respectfully requests that the Court reopen her Motion for Award of Attorney Fees and Costs and rule thereon.

10. Plaintiff originally sought $30,415 in attorney fees for 77 hours at $395 per hour as of October 22, 2017, and costs in the amount of $1,317.76.  Dkt. 52, pp. 2, 5.

11. Since October 22, 2019, Plaintiff has incurred additional attorney fees in the amount of $46,926.00 and costs in the amount of $1,562.77.  Dkt. 65-1, p. 1 (Supplemental Affidavit of Robert E. Duff (attached as Exhibit 1)).

12. These additional fees and costs were reasonable and necessary in briefing Plaintiff's entitlement to attorney fees and costs and in prevailing on appeal before the Seventh Circuit Court of Appeals.  *Id.*

13. The total attorney fees Plaintiff seeks as the prevailing party in this matter is $77,341.00; the total costs Plaintiff seeks as the prevailing party in this matter is $2,880.53.

14. The degree of Plaintiff's success in this matter is high; because of the published Seventh Circuit decision and the publicity it has received, consumers across the nation have benefitted from the reasoned restrictions the decision effectively places on debt collectors' use of e-mail to communicate with consumers.  Dkt. 65-1, pp. 2-3.

Plaintiff respectfully requests the Court administratively reopen Plaintiff's Motion for Award of Attorney Fees and Costs and award Plaintiff $77,341.00 in attorney fees and $2,880.53 in costs.

Respectfully submitted,

Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com

3