UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH LAVALLEE,<br><br>    Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>    Defendant. | CASE NO. 1:15-cv-01922-DML-WTL |

**SECOND SUPPLEMENTAL AFFIDAVIT OF ROBERT E. DUFF**

I, Robert E. Duff, for my Affidavit, state as follows:

1. My name is Robert E. Duff, and I am at least 18 years of age and competent to make this affidavit.

2. I am counsel for Plaintiff in this matter, and have represented her in this litigation from December 6, 2015, to the present.

3. I am the only attorney who has represented the Plaintiff in this lawsuit.

4. From October 23, 2017, to today, I have spent a total of 118.80 additional hours representing Ms. Lavallee in this matter (a total additional attorney fee of $46,926.00).  A copy of my contemporaneously-recorded timesheet for this time period is attached hereto as Exhibit A.

5. The time reflected on Exhibit A was reasonable and necessary in prosecuting Plaintiff's motion for attorney fees and costs and in defending the Court's judgment on appeal.

6. Plaintiff incurred an additional $1,562.77 in costs for the period from October 23, 2017, to the present.  Those costs are as follows:

a. $1,034.04 for printing and filing of Appellee's brief before the United States Court of Appeals for the Seventh Circuit (Counsel Press Inc. receipt attached as Exhibit B);

b. $214.73 in mileage to attend oral argument before the United States Court of Appeals for the Seventh Circuit;

c. $314.00 for overnight lodging to attend oral argument before the United States Court of Appeals for the Seventh Circuit (Radisson receipt attached as Exhibit C).

7. In my affidavit filed in this matter on November 6, 2017, I stated that "(t)his lawsuit may have served a public purpose beyond the recovery of statutory damages by Ms. Lavallee" because Defendant presumably ceased using a system that was not reasonably calculated to get important information to consumers. Dkt. 52-1, p. 9. Following the published opinion by the Seventh Circuit, the public benefit is no longer limited to Indiana consumers dealing with Med-1 Solutions, LLC. The impact is now nationwide. The decision has received nationwide attention, particularly from the debt collection industry. *See, e.g.*, https://www.dcmservices.com/news-feed/2019/8/13/well-we-now-know-how-not-to-send-a-validation-notice-via-email (last visited September 28, 2019); https://consumerfsblog.com/2019/08/emails-and-hyperlink-delivery-of-fdcpa-disclosures-after-lavallee/ (last visited September 28, 2019); https://www.insidearm.com/news/00045327-7th-circuits-lavallee-decision-what-does-/ (last visited September 28, 2019). Thus, consumers all over the

United States have now benefitted by the publicity received by the decision and the limits it places on the delivery of notice to consumers pursuant to the Fair Debt Collection Practices Act.

I, Robert E. Duff, under penalty of perjury, do hereby affirm that the foregoing representations are true and correct to the best of my knowledge and belief.

s/ *Robert E. Duff*
Robert E. Duff

**Exhibit A**

## Indiana Consumer Law Group/The
Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN  46037
Telephone: 800-817-0461
Fax: 800-817-0461

September 28, 2019

Beth Lavallee

Client Number:  LAVALEEB  Beth Lavallee
Matter Number:  403  Lavallee, Beth v. Med-1 Solutions, LLC

**For Services Rendered from 10/23/2017 Through 9/28/2019.**

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/27/2017 | RED | Work on fee petition. | 3.70 | $1,461.50 |
| 10/28/2017 | RED | Receive and review Appearance of Atty Levi, Notice of Appeal and Docketing Statement. | 0.30 | $118.50 |
| 10/28/2017 | RED | Receive e-mail from Atty Levi re:  Proposed Joint Designation for the Record on Appeal; review Circuit Rule 10, Local Rule 76-1 and FRAP 4 and 10 and e-mail Atty Levi re:  issues with proposed designation. | 0.50 | $197.50 |
| 10/30/2017 | RED | Draft Unopposed Motion for Extension of Time and proposed order thereon and file same. | 0.40 | $158.00 |
| 10/30/2017 | RED | Receive and review Parties' Short Record and instructions for Attorneys and Designation of Record Information attached, Transmission of Notice of Appeal and Docket Sheet to Seventh Circuit, Notice of Withdrawal of Appearance of Atty Gerber, case opening information from the Seventh Circuit and Notice to District Court filed in the District Court. | 0.60 | $237.00 |
| 10/31/2017 | RED | Receive Order granting extension of time. | 0.10 | $39.50 |
| 11/3/2017 | RED | Receive Appearance of Atty Hurdle. | 0.10 | $39.50 |
| 11/7/2017 | RED | E-mails from/to Atty Hurdle re:  proposed joint designation. | 0.20 | $79.00 |
| 11/13/2017 | RED | Telephone conference with Atty Levi re: postponing briefing on attorney fees and extension of time. | 0.20 | $79.00 |

Continued On Next Page

Case 1:15-cv-01922-DML-WTL   Document 65-1   Filed 09/28/19   Page 5 of 10 PageID #: 742

| | | | | |
|---|---|---|---|---|
| **Client Number:** | LAVALEEB | | | 9/28/2019 |
| **Matter Number:** | 403 | | | Page:  2 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2017 | RED | Work on fee petition and all attachments and file same. | 5.40 | $2,133.00 |
| 11/14/2017 | RED | Receive and review Rule 33 Order setting telephonic mediation and order establishing briefing schedule. | 0.20 | $79.00 |
| 11/14/2017 | RED | Receive Joint Designation of Record on Appeal. | 0.10 | $39.50 |
| 11/14/2017 | RED | Receive Unopposed Motion for Extension of Time. | 0.10 | $39.50 |
| 11/14/2017 | RED | Draft Circuit Rule 26.1 Disclosure Statement. | 0.20 | $79.00 |
| 11/15/2017 | RED | Receive Order granting extension of time to respond to motion for attorney fees and costs. | 0.10 | $39.50 |
| 11/20/2017 | RED | Receive Attys Levi and Hurdle Rule 26.1 Disclosure Statement. | 0.10 | $39.50 |
| 12/3/2017 | RED | Prepare for Seventh Circuit settlement conference. | 0.70 | $276.50 |
| 12/4/2017 | RED | Telephone conferences with Attys Hurdle and Levi re:  preparation for settlement conference. | 0.30 | $118.50 |
| 12/4/2017 | RED | Prepare for and attend telephonically the Seventh Circuit Settlement Conference with Jillisa Brittan. | 1.00 | $395.00 |
| 12/4/2017 | RED | Receive and review Defendant's Response in Opposition to Plaintiff's Motion for Award of Attorney's Fees; legal research re:  CM/ECF filing not considered administrative task. | 0.50 | $197.50 |
| 12/4/2017 | RED | Receive updated Rule 33 Briefing Schedule. | 0.10 | $39.50 |
| 12/11/2017 | RED | Telephone conference with Atty Levi re: extension of time to file reply in support of motion for attorney fees; e-mail from Atty Levi re:  same; draft and file Unopposed Motion for Extension of Time and proposed order thereon. | 0.40 | $158.00 |
| 12/16/2017 | RED | Receive Order Granting Motion for Extension of Time. | 0.10 | $39.50 |
| 12/23/2017 | RED | Work on Plaintiff's reply brief. | 3.80 | $1,501.00 |
| 12/24/2017 | RED | Work on Plaintiff's reply brief. | 1.60 | $632.00 |
| 12/26/2017 | RED | E-mail to Atty Levi re:  objection to brief extension of time; draft Motion for Extension of Time to File Reply Brief and proposed order thereon and file same. | 0.40 | $158.00 |

**Continued On Next Page**

| Client Number: | LAVALEEB | | | 9/28/2019 |
|---|---|---|---|---|
| Matter Number: | 403 | | | Page: 3 |

| | | | | |
|---|---|---|---|---|
| 12/27/2017 | RED | Travel to Lawrence Township Small Claims Court and review numerous files where Med-1 Solutions filed lawsuits against consumers and Francis Niper filed an "Affidavit and Motion for Attorney Fees" that sought attorney fees at $375/hr. and relied upon the United States Consumer Law Attorney Fee Survey Report. | 4.60 | $1,817.00 |
| 12/27/2017 | RED | E-mail from Atty Levi re: no objection to motion for extension of time. | 0.10 | $39.50 |
| 12/29/2017 | RED | Work on and file reply brief in support of Motion for Award of Attorney Fees. | 4.40 | $1,738.00 |
| 1/23/2018 | RED | E-mails from/to Atty Melendez re: consent to ACA International filing amicus brief; review F.R.A.P. 29 and online research re: relationship between ACA International and Med-1 Solutions, LLC. | 0.60 | $237.00 |
| 1/25/2018 | RED | Receive and briefly review Appellant's Brief; receive and review Brief Deficiency Letter to Med-1 Solutions, LLC. | 0.30 | $118.50 |
| 1/25/2018 | RED | E-mails from/to and telephone conference with Gary Chyi of Counsel Press re: hiring Counsel Press to produce and file Appellee's Brief. | 0.40 | $158.00 |
| 1/25/2018 | RED | File Circuit Rule 26.1 Disclosure Statement. | 0.20 | $79.00 |
| 1/26/2018 | RED | Begin reading Appellant's Brief. | 0.50 | $197.50 |
| 1/27/2018 | RED | Read and study Appellant's Brief while making notes re: strategy. | 2.10 | $829.50 |
| 1/27/2018 | RED | E-mail to Gary Chyi of Counsel Press re: Circuit Rule 26.1 Disclosure Statement. | 0.10 | $39.50 |
| 1/29/2018 | RED | Work on strategy for Appellee's Brief. | 0.50 | $197.50 |
| 1/31/2018 | RED | E-mails from/to Counsel Press re: Seventh Circuit login information. | 0.10 | $39.50 |
| 2/1/2018 | RED | Receive and review ACA International's Motion for Leave to File Amicus Brief and attached Amicus Brief; brief interenet research re: scientific studies on e-mail. | 1.30 | $513.50 |
| 2/5/2018 | RED | Receive Order from the Court re: ACA International's oversize amicus brief; receive revised amicus brief. | 0.20 | $79.00 |
| 2/5/2018 | RED | Work on internet research re: reliability of e-mail, spam folders, phishing and virus dangers. | 0.70 | $276.50 |
| 2/24/2018 | RED | Work on Appellee's Brief. | 6.50 | $2,567.50 |
| 3/5/2018 | RED | E-mails from/to Atty Levi re: revising briefing dates; e-mails to/from Ms. Brittan re: same; receive order revising brief due dates. | 0.40 | $158.00 |

**Continued On Next Page**

| Client Number: | LAVALEEB | | | 9/28/2019 |
|---|---|---|---|---|
| Matter Number: | 403 | | | Page: 4 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2018 | RED | Work on Appellee's Brief. | 1.20 | $474.00 |
| 4/12/2018 | RED | Work on Appellee's Brief. | 5.20 | $2,054.00 |
| 4/13/2018 | RED | Receive Order on Motion for Attorney Fees and Costs (effectively staying). | 0.10 | $39.50 |
| 4/14/2018 | RED | Work on Appellee's Brief. | 6.40 | $2,528.00 |
| 4/15/2018 | RED | Work on Appellee's Brief. | 8.60 | $3,397.00 |
| 4/16/2018 | RED | Work on Appellee's Brief. | 3.20 | $1,264.00 |
| 4/17/2018 | RED | Work on Appellee's Brief. | 8.50 | $3,357.50 |
| 4/18/2018 | RED | Work on Appellee's Brief. | 7.20 | $2,844.00 |
| 4/19/2018 | RED | Work on Appellee's Brief. | 2.50 | $987.50 |
| 4/26/2018 | RED | Receive and study Amicus Curiae Brief of the Consumer Financial Protection Bureau. | 1.00 | $395.00 |
| 4/27/2018 | RED | Receive unrestricted brief of Amicus Curiae CFPB. | 0.10 | $39.50 |
| 5/1/2018 | RED | Receive and review Notice of Oral Argument and Special Notice to Counsel Who Will Present Oral Argument. | 0.40 | $158.00 |
| 5/3/2018 | RED | Begin preparing for oral argument before the Seventh Circuit. | 0.70 | $276.50 |
| 5/9/2018 | RED | Telephone conference with Atty Wagman re: sharing oral argument time; e-mail to/from Atty Wagman re: same. | 0.30 | $118.50 |
| 5/10/2018 | RED | Receive and review Appellant's Reply Brief. | 0.80 | $316.00 |
| 5/10/2018 | RED | Receive and review Motion to Withdraw Appearance of Sarah A. Hurdle. | 0.10 | $39.50 |
| 5/10/2018 | RED | Receive Order granting motion to withdraw appearance. | 0.10 | $39.50 |
| 5/11/2018 | RED | Receive Motion of Amicus Curiae Bureau of Consumer Financial Protection to Participate in Oral Argument. | 0.10 | $39.50 |
| 5/11/2018 | RED | Receive Order granting CFPB's motion to appear at oral argument. | 0.10 | $39.50 |
| 5/14/2018 | RED | Receive approved copy of Appellant's Reply Brief. | 0.10 | $39.50 |
| 5/23/2018 | RED | Receive and review notifications from Attys Levi and Wagman about presenting oral argument; e-mails from/to the Clerk's Office re: same; draft notification of presentation of oral argument. | 0.40 | $158.00 |
| 5/27/2018 | RED | Prepare for oral argument. | 1.70 | $671.50 |
| 5/28/2018 | RED | Prepare for oral argument. | 3.60 | $1,422.00 |

**Continued On Next Page**

**Client Number:** LAVALEEB  9/28/2019
**Matter Number:** 403  Page: 5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/29/2018 | RED | Travel to Chicago for oral argument. | 3.80 | $1,501.00 |
| 5/30/2018 | RED | Prepare for and attend oral argument and travel back to office. | 13.30 | $5,253.50 |
| 8/8/2019 | RED | Receive and review Seventh Circuit Opinion. | 0.70 | $276.50 |
| 8/8/2019 | RED | Telephone conference with Ms. Lavallee re: | 0.30 | $118.50 |
| 8/9/2019 | RED | Research rules for recovery of costs in the Seventh Circuit; e-mails to/from Counsel Press (brief printer) re: same. | 0.60 | $237.00 |
| 8/29/2019 | RED | Receive Mandate from the Court of Appeals. | 0.10 | $39.50 |
| 9/1/2019 | RED | Receive District Court's acknowledgment of Seventh Circuit Mandate. | 0.10 | $39.50 |
| 9/2/2019 | RED | Telephone conference with Ms. Lavallee re: ; e-mails from/to Atty Moline re: same. | 0.20 | $79.00 |
| 9/27/2019 | RED | Work on Request to Reopen Motion for Award of Attorney Fee and Costs and Supplement Thereto and Second Supplemental Affidavit of Robert E. Duff. | 3.10 | $1,224.50 |
| | | **Billable Hours / Fees:** | **118.80** | **$46,926.00** |

## Timekeeper Summary

Timekeeper RED worked 118.80 hours at $395.00 per hour, totaling $46,926.00.

Exhibit B

# Invoice

Invoice Number: 0009088838

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Date: 04/24/2018

Fed. Tax ID: 47-3380949

Phone: (800) 427-7325

Terms: ON RECEIPT

**Sold To**

Indiana Consumer Law Group
P.O. Box 7251
Fishers, IN 46037   USA

Attention:   Robert E. Duff, Esq.

File No.:   620314
Court:   USCOA - 7TH
Case Name:   Beth Lavalle v. Med-1 Solutions, LLC

| | | | Amount |
|---|---|---|---|
| | APPELLEE'S BRIEF | | |
| 1.00 | Preparation of Brief | @ $473.00 | $473.00 |
| 3.00 | Page(s) Table of Contents/Citations | @ $90.00 | $270.00 |
| 1.00 | Electronic File Preparation | @ $69.00 | $69.00 |
| 1.00 | Electronic Filing | @ $48.00 | $48.00 |
| 1.00 | Filing of Documents | @ $90.00 | $90.00 |
| 1.00 | Federal Express | @ $75.52 | $75.52 |
| 1.00 | Postage | @ $8.52 | $8.52 |

**19-GC**

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $1,034.04 |
| Sales Tax | $0.00 |
| | $ 0.00 |
| Payment/Credit | $479.00 |
| Balance | $555.04 |

Page 1 of 1

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

**Radisson BLU**                                                    Exhibit C

**Robert Duff**                          Room No.      : 0717
**Noblesville IN 46060**                 Arrival       : 05-29-18
**United States**                        Departure     : 05-30-18
                                         Page No.      : 1 of 1
                                         Folio No.     : 307615
**INFORMATION INVOICE**                  Conf. No.     : 42563728
Membership No.    :                      Cashier No.   : 7134
A/R Number        :
Group Code        :
Company Name      :                              05-30-18    03:22:19 PM  EST

| Date | Text | Charges | Credits |
|---|---|---|---|
| 05-29-18 | Package Rate | 260.00 | |
| 05-29-18 | State Tax 12.9% | 21.80 | |
| 05-29-18 | City Tax 4.5% | 7.60 | |
| 05-29-18 | Urban Fee | 25.00 | |
| 05-30-18 | American Express | | 314.40 |
| | XXXXXXXXXXXX1001   XX/XX | | |
| | **Total** | **314.40** | **314.40** |
| | **Balance** | | **0.00** |

Radisson Rewards: Members enjoy Member Only Rates, have access to exclusive benefits, and earn towards free nights across Radisson Hotel Group™ portfolio of hotels. Enroll and learn more at the front desk or at radissonhotels.com/rewards.

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Blu Aqua Hotel, Chicago
221 N. Columbus Drive
Chicago, IL 60601
Telephone: (312) 565-5258 Fax: (312) 565-0258
Email: RHI_CHII@radisson.com